IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JIMMY DELAP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:14-cv-00681-TCK-PJC |
| | ) |
| UNIT DRILLING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(ii), Plaintiff, Jimmy Delap, by and through his counsel of record, Larson Law Firm and Owens Law Office, P.C., and Defendant, Unit Drilling Company, by and through its counsel of record, Newton, O'Connor, Turner & Ketchum, P.C., hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

LARSON LAW FIRM, P.C.

 */s/ Mark V. Larson*_____
Mark V. Larson (ND ID# 03587)
*Admitted Pro Hac Vice*
Jared W. Gietzen (ND ID# 07905)
*Admitted Pro Hac Vice*
1020 North Broadway
P.O. Box 2004
Minot, ND 58702
Phone: (701) 839-1777
Fax: (701) 839-5350
larslaw@srt.com

*Signed by Filing Attorney with permission of Plaintiff's Attorney.

1

OWENS LAW OFFICE, PC

*/s/ Phillip P. Owens*\*
Phillip P. Owens, II (OK ID# 15165)
6907 N.W. 122nd Street
Oklahoma City, OK 73142-3903
Phone: (405) 608-0708
Fax: (405) 608-0709
po@owenslawofficepc.com

**ATTORNEYS FOR PLAINTIFF
JIMMY DELAP**


**NEWTON, O'CONNOR, TURNER & KETCHUM
A PROFESSIONAL CORPORATION**

 */s/ W. Kirk Turner*
W. Kirk Turner OBA # 13791
Rachel B. Crawford OBA # 20662
Jacob S. Crawford OBA # 31031
Newton O'Connor Turner & Ketchum
2700 Bank of America Center
Fifteen West 6th Street
Tulsa, Oklahoma 74119
kturner@newtonoconnor.com
rcrawford@newtonoconnor.com
jcrawford@newtonoconnor.com

**ATTORNEYS FOR DEFENDANT
UNIT DRILLING COMPANY**


*\*Signed by Filing Attorney with permission of Plaintiff's Attorney.*